UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:20-cr-443 (GHW)** |
| v. : | |
| : | |
| **HERBALIFE NUTRITION LTD.** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

On February 28, 2024, the United States of America moved to dismiss the criminal Information filed in this case against defendant Herbalife Nutrition Ltd. pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Defendant does not oppose the motion. Upon due consideration and review of the unopposed motion, it is hereby

ORDERED that the Government's motion is granted and the criminal Information filed in this action is dismissed with prejudice.

_____
The Honorable Gregory H. Woods
United States District Judge

DATED: ___, 2024