USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/29/2024

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA          :

      v.                                          :          **Case No. 1:20-cr-443 (GHW)**

                             :

HERBALIFE NUTRITION LTD.          :

      **Defendant.**                          :

                             :

## ORDER

On February 28, 2024, the United States of America moved to dismiss the criminal

Information filed in this case against defendant Herbalife Nutrition Ltd. pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure.  Defendant does not oppose the motion.  Upon due

consideration and review of the unopposed motion, it is hereby

ORDERED that the Government's motion is granted and the criminal Information filed

in this action is dismissed with prejudice.

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

_____
The Honorable Gregory H. Woods
United States District Judge

Dated:  February 29, 2024
New York, New York